ANNA M. HOUSE et al., Respondents, *v.* JOSEPH A. EISENLORD, Administrator, etc., Appellant.

(Argued April 28, 1886; decided June 1, 1886.)

THIS action was to foreclose a mortgage containing the interest clause, for default in paying a balance of interest.

The following is the *mem.* of decision:

"There was no valid extension ot time for the payment of the small balance of interest, and there was no waiver or estoppel which precluded the plaintiff from bringing this action. While, under the circumstances of this case, a court of equity, in the exercise ot its discretion, might have dismissed plaintiff's complaint, it was not bound to do so, and hence there was no error of law in refusing to do so.

"Whether the defendant should have costs was in the discretion of the court below, and that discretion is not subject to review here.

"The rights of the defendant were sufficiently protected by the denial of costs to the plaintiffs and by the form of the foreclosure judgment entered.

"The judgment should be affirmed, with costs."

*J. E. Dewey* for appellant.

*Nathaniel C. Moak* for respondents.

EARL, J., reads *mem.* for affirmance.
All concur.
Judgment affirmed.